**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| HECTOR ALEJANDRO VILLASANA CASTILLO, and H&R ENTERPRISES, LLC, an Oklahoma Limited Liability Company,<br><br>                            Plaintiff,<br><br>v.<br><br>ROBERT S. DURAN, JR., STUART, CLOVER, DURAN, THOMAS & VORNDRAN, LLP, an Oklahoma Limited Liability Partnership, and STUART & CLOVER, PLLC, an Oklahoma Professional Limited Liability Corporation,<br><br>                            Defendants. | Case No. CIV-14-1006-M |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, Hector Alejandro Villasana Castillo and H&R Enterprises, LLC, and Defendants, Robert S. Duran, Jr., Stuart, Clover, Duran, Thomas & Vorndran, LLP and Stuart & Clover, PLLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal of the above-styled and numbered cause, and all claims asserted therein, with prejudice to the re-filing thereof. The parties stipulate that they shall each bear their own attorneys' fees and costs.

Respectfully submitted,

s/ Sean E. Manning
Sean E. Manning, OBA No. 18961
SHOOK & JOHNSON, PLLC
7420 South Yale Avenue
Tulsa, Oklahoma 74136
Telephone: (918) 293-1122
Facsimile: (918) 293-1133
*smanning@shookjohnson.com*
**Attorney for Plaintiffs**

And

| s/ David A. Cheek | s/ George S. Corbyn, Jr. |
|---|---|
| *(Signed by Filing Attorney with permission of Non-Filing Attorney)* | *(Signed by Filing Attorney with permission of Non-Filing Attorney)* |
| David A. Cheek, OBA No. 1638 | George S. Corbyn, Jr., OBA No. 1910 |
| Ronald E. Stakem, OBA No. 8540 | Amy J. Pierce, OBA No. 17980 |
| CHEEK & FALCONE, PLLC | CORBYN HAMPTON, PLLC |
| 6301 Waterford Boulevard, Suite 320 | 211 North Robinson, Suite 1910 |
| Oklahoma City, Oklahoma 73118-1168 | Oklahoma City, Oklahoma 73102 |
| Telephone: (405) 286-9191 | Telephone: (405) 239-7055 |
| Facsimile: (405) 286-9670 | Facsimile: (405) 702-4348 |
| *dcheek@cheekfalcone.com* | *gcorbyn@corbynhampton.com* |
| *rstakem@cheekfalcone.com* | *apierce@corbynhampton.com* |
| **Attorneys for Defendant Duran** | **Attorneys for Defendant Stuart & Clover** |